Judge: Marc Barreca
Chapter: 13
Hearing Date: July 29, 2010
Hearing Time: 9:30 a.m.
Hearing Location:
    Judge Barreca's Courtroom
    700 Stewart St #7106
    Seattle, WA 98101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARLENE MARION NEUMAN,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 05-18918-MLB

ORDER CONDITIONING TRUSTEE'S
MOTION TO DISMISS CASE

THIS MATTER came before the Court on the Chapter 13 Trustee's motion to dismiss case. For the reasons stated on the record, it is

ORDERED that the debtor must pay the Trustee sufficient funds by October 31, 2010 to complete her Chapter 13 plan. If the debtor fails to tender sufficient funds to complete her plan by October 31, 2010, the Trustee may submit an *ex parte* order dismissing this case.

 

**Marc Barreca**
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee

Order Conditioning Trustee's Motion to
Dismiss Case - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282